UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GET BACK UP, INC.,

    Plaintiff,

v.        Case No: 11-13909

CITY OF DETROIT, et al.,

    Defendants.

                           /

## JUDGMENT

In accord with the court's "Opinion and Order," dated July 1, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, the City of Detroit and the City of Detroit Board of Zoning Appeals, and against Plaintiff, Get Back Up, Inc.

Dated at Detroit, Michigan, this 17th day of July, 2013.

                DAVID J. WEAVER
                CLERK OF THE COURT


        BY: s/ Richard Loury for Lisa Wagner
            Lisa Wagner, Deputy Clerk
            and Case Manager to
            Judge Robert H. Cleland