UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GET BACK UP, INC.,

    Plaintiff,

v.                                               Case No. 11-13909

CITY OF DETROIT, et al.,

    Defendant.
                                             /

**ORDER GRANTING STAY OF DISTRICT COURT PROCEEDINGS**

After Detroit denied a zoning permit, the substance-abuse treatment center Get Back Up sought to enjoin the enforcement of Detroit's zoning ordinance. On July 1, 2013, this court granted judgment for Detroit, and Get Back Up moved for reconsideration on July 15. On September 12, 2013, this court issued an order directing further briefing by Get Back Up after Detroit argued that the Bankruptcy Code's automatic stay, 11 U.S.C. § 362(a), governs this action. (Pg ID# 2366–67.) Responding to the September 12 order, Get Back Up conceded that "the literal language of 11 U.S.C. § 362[(a)] applies[,]" but stated that it intends to seek relief from the automatic stay in bankruptcy court. (Pg ID# 2369.) Accordingly,

IT IS ORDERED that this court's proceedings are STAYED pending the

resolution of Detroit's municipal bankruptcy. *In re Detroit*, 13-53846 (Bankr. E.D. Mich.).

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: October 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 17, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522